UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

PEARSON EDUCATION, INC.,                :
JOHN WILEY & SONS, INC.,
THOMSON LEARNING INC., AND              :
THE MCGRAW-HILL COMPANIES, INC.,
                                        :
                    Plaintiffs,
                                        :
      -against-                                   07 Civ.
                                        :
MANOHAR MARIMUTHU AND SHRIHARI
SIVASUBRAMANIAM D/B/A RK                :
SELLERS and JOHN DOE NOS. 1-5,
                                        :
                    Defendants.
                                        :
- - - - - - - - - - - - - - - - - x

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Thomson Learning Inc. (a private, non-governmental party) certifies that the following publicly-held corporation owns the stock of the said party:

The Thomson Corporation

DATE: 7/30/07

_William Dunnegan_
SIGNATURE OF ATTORNEY