## IN THE UNITED STATES DISTRICT COURT, DISTRICT OF NEW YORK

**Pearson Education, Inc., et al.**

        Plaintiff(s)/Petitioner(s),

v.

**Manohar Marimuthu, et al.**

        Defendant(s)/Respondent(s).

**NO. 07-CV-6914**

**AFFIDAVIT OF SERVICE OF PROCESS**

I _Chonafe Lee_ Being duly sworn, depose and say that I am fully qualified under ARCP 4(e) to serve process within the State of Arizona, and executed service in the manner described below:

**Documents Served:** Summons; Complaint; Civil Cover Sheet

**Service Upon:** Shihari Marimuthu

**Date of Service:** August 13th, 2007          **Time Of Service:** 5:49 PM

**Address of Service:** 910 E. Lemon St. Apt. #21, Tempe, AZ 85281

**Manner of Service:**

☐ By serving _____ in person.

☑ Substitute, by serving **C Ram Kumar**, a person of suitable age & discretion who resides with **Shihari Marimuthu** at the address of service.

☐ By personally serving _____ who holds the position of _____.

☐ Other Service, As Detailed Below.

☐ Non-Service for the Reasons Detailed Below.

_____
_____
_____

I certify under penalty of perjury that the foregoing is true and correct.

X _Chonafe Lee_
Declarant: Print Name _Chonafe Lee_
Registered in _maricopa_ County

Subscribed and Sworn to before me this _28th_ day of _Sept_ 2007.

_____ Notary Public

JEFFREY EVERT
Notary Public - Arizona
Maricopa County
My Comm. Expires Mar 14, 2009