UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PEARSON EDUCATION, INC.,
JOHN WILEY & SONS, INC.,
THOMSON LEARNING INC. AND
THE MCGRAW-HILL COMPANIES, INC.

           Plaintiffs,

v.                                                                                          07-CV-6914 (GEL)

MANOHAR MARIMUTHU AND
SHRIHARI SIVASUBRAMANIAM D/B/A
RK SELLERS AND JOHN DOE NOS. 1-5

           Defendants.
------------------------------------------------------------x

## NOTICE OF APPEARANCE

The firm of Schweitzer Cornman Gross & Bondell LLP herewith enters its appearance on behalf of Manohar Marimuthu .

           Schweitzer Cornman Gross & Bondell LLP
           292 Madison Avenue, 19th Floor
           New York, NY 10017
           Telephone – (646) 424-0770
           Facsimile – (646) 424-0880

By _____
           Michael A. Cornman   (MC 7134)
           mac@scgb-law.com

and _____
           Elliot W. Lipins (EL 6151)
           ewl@scgb-law.com