```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

PEARSON EDUCATION, INC.,              :
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC., AND            :
THE MCGRAW-HILL COMPANIES, INC.,
                                      :
              Plaintiffs,
                                      :
       -against-                        07 Civ. 6914 (GEL)
                                      : ECF CASE

MANOHAR MARIMUTHU, SHRIHARI           :
SIVASUBRAMANIAM AND RAMKUMAR
CHANDRASEKARAN D/B/A RK SELLERS
AND JOHN DOE NOS. 1-5,                :

              Defendants.             :

- - - - - - - - - - - - - - - - - - -x
```

PLAINTIFFS' <u>EX PARTE</u> APPLICATION FOR AN
ORDER ALLOWING SERVICE ON DEFENDANT RAMKUMAR
CHANDRASEKARAN AND AUTHORIZING THE ISSUANCE OF
SUBPOENAS TO DETERMINE THE IDENTITIES
AND LOCATIONS OF DEFENDANTS

Plaintiffs hereby move pursuant to Rules 4(e)(1) and 26(d) of the Federal Rules of Civil Procedure for an order (i) allowing service of the summons and complaint on defendant Ramkumar Chandrasekaran d/b/a RK Sellers by e-mail and mail, and (ii) authorizing plaintiffs to serve subpoenas on Google Inc., Abebooks Inc., PayPal, Inc., and eBay, Inc. to determine the identities and locations of defendants, which are presently unknown to plaintiffs.

The basis for this application is set forth in the accompanying declaration of William Dunnegan, sworn to October 19, 2007.

A proposed order is annexed.

Dated: New York, New York
       October 19, 2007

                                    DUNNEGAN LLC

                                    By /s/ William Dunnegan
                                      William Dunnegan (WD9316)
                                      Megan L. Martin (MM4396)
                                    Attorneys for Plaintiffs
                                      Pearson Education, Inc.,
                                      John Wiley & Sons, Inc.,
                                      Cengage Learning Inc., and
                                      The McGraw-Hill Companies, Inc.
                                    350 Fifth Avenue
                                    New York, New York 10118
                                    (212) 332-8300