AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 10/31/2007 |
| NAME OF SERVER (PRINT)  Laura Scileppi | TITLE  Associate |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): 10/30/07 - e-mailed Complaint, Summons, Judge Rules, E-filing, and Order to Seller.FK@gmail.com. Email was returned as Undeliverable. 10/31/07 - Caused to be Mailed in an Unmarked Envelope Stating "personal and confidential" to last known address

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/31/2007
            Date

Signature of Server
Dunnegan LLC
350 Fifth Avenue
New York, NY 10118
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

⚠ Attachments can contain viruses that may harm your computer. Attachments may not display correctly.

**Laura Scileppi**

| | | | |
|---|---|---|---|
| **From:** | Laura Scileppi | **Sent:** | Tue 10/30/2007 6:41 PM |
| **To:** | seller.rk@gmail.com | | |
| **Cc:** | William Dunnegan; mac@scgb-law.com | | |
| **Subject:** | Notice of Lawsuit 07cv6914 - Pearson Education Inc, et al, v. Marimuthu et al | | |

**Attachments:** 📄 07cv6914 Amended Complaint.pdf(1MB) 📄 07cv6914 Supplemental Summons.pdf(61KB) 📄 Order Allowing Service.pdf(55KB) 📄 Judge Lynch.pdf(17KB) 📄 Electronic Filing Instructions.pdf(878KB)

Dear Sir,

We are attorneys for plaintiffs in the above action. Attached you will find .pdf versions of the (1) Amended Complaint, (2) Supplemental Summons, (3) Order Allowing Service by E-Mail and Mail, (4) Judge Rules and (5) E-filing Instructions.

Very truly yours,

Laura Scileppi
(Candidate for the Bar)

Dunnegan LLC
350 Fifth Avenue
New York, New York 10118

cc: Michael A. Cornman, Esq., Attorney for Manohar Marimuthu, defendant

**Laura Scileppi**

⚠ Attachments can contain viruses that may harm your computer. Attachments may not display correctly.

| | | | |
|---|---|---|---|
| **From:** | System Administrator | **Sent:** | Tue 10/30/2007 6:41 PM |
| **To:** | Laura Scileppi | | |
| **Subject:** | Undeliverable: Notice of Lawsuit 07cv6914 - Pearson Education Inc, et al, v. Marimuthu et al | | |

**Attachments:** 📄 Notice of Lawsuit 07cv6914 - Pearson Education Inc, et al, v. Marimuthu et al(2MB)

Your message did not reach some or all of the intended recipients.

Subject: Notice of Lawsuit 07cv6914 - Pearson Education Inc, et al, v. Marimuthu et al
Sent:   10/30/2007 6:41 PM

The following recipient(s) could not be reached:

  seller.rk@gmail.com on 10/30/2007 6:41 PM
    The e-mail address could not be found. Perhaps the recipient moved to a different e-mail organization, or there was a mistake in the address. Check the address and try again.
    <mail.Mi8.com #5.1.0>