UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PEARSON EDUCATION, INC.,
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC., AND
THE MCGRAW-HILL COMPANIES, INC.

                  Plaintiffs,

-against-

MANOHAR MARIMUTHU, SHRIHARI
SIVASUBRAMANIAM AND RAMKUMAR
CHANDRASEKARAN D/B/A RK SELLERS
AND JOHN DOE NOS. 1-5

                  Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/07

07 CIV 6914 (GEL)
ECF CASE

**STIPULATION TO EXTEND TIME TO MOVE OR ANSWER COMPLAINT**

It is hereby stipulated by and between Plaintiffs and Defendant Manohar Marimuthu through their undersigned counsel of record, that the time for Mahohar Marimuthu to move, answer or otherwise respond to Plaintiffs' complaint is extended to and including January 7, 2008.

SCHWEITZER CORNMAN GROSS & BONDELL LLP

By: _____
Michael A. Cornman (MC 7134)
Attorneys for Defendant Manohar Marimuthu
292 Madison Avenue 19th Floor
New York NY 10017
Phone (646-424-0770)

SO ORDERED:

_____
12/4/07

DUNNEGAN LLC

By: _____
William Dunnegan (WD9316)
Attorneys for Plaintiffs
Pearson Education, Inc.,
John Wiley & Sons, Inc.,
Cengage Learning Inc., and
The Mcgraw-Hill Companies, Inc.
350 Fifth Avenue
New York NY 10118
Phone (212) 332-8300