UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

PEARSON EDUCATION, INC., ET AL.,

        Plaintiff(s),

vs.

MANOHAR MARIMUTHU, ET AL.,

        Defendant(s),

No. 07CIV6914 (GEL)

AFFIDAVIT OF SERVICE

**STATE OF WASHINGTON** ss.
**COUNTY OF KING**

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on the **5th day of December, 2007 @ 07:03 PM**, at the address of **13705 NE 9TH PL # C0-204, Bellevue**, within **KING** County, **WA**, the undersigned duly served the following document(s): **SUPPLEMENTAL SUMMONS IN A CIVIL CASE; AMENDED COMPLAINT** in the above entitled action upon **RAMKUMAR CHANDRASEKARAN**, by then and there, at the residence and usual place of abode of said person(s), personally delivering ONE true and correct copy(ies) of the above documents into the hands of and leaving same with **NITIN BANSAL, CO-RESIDENT**, being a person of suitable age and discretion, then resident therein. Mr. Bansal stated that Mr. Chandrasekaran lives here with him, but wasn't home right now.
Desc: Sex: MALE – Age: 30 – Skin: INDIAN – Hair: Black – Height: 5'9 – Weight: 160.

Date: 12/10/07

X _____
Janelle L. Thorstad
Registered Process Server
License #: 0557716

Subscribed and sworn to before me this 10th day of December, 2007

_____
Notary Public in and for the
State of Washington
My commission expires 8/28/08