UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

PEARSON EDUCATION, INC.,          :
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC., AND        :
THE MCGRAW-HILL COMPANIES, INC.,
                                  :
                  Plaintiffs,
                                  :
        -against-                          07 Civ. 6914 (GEL)
                                  :
MANOHAR MARIMUTHU, SHRIHARI
SIVASUBRAMANIAM AND RAMKUMAR      :
CHANDRASEKARAN D/B/A RK SELLERS
AND JOHN DOE NOS. 1-5,            :

                  Defendants.    :

- - - - - - - - - - - - - - - - - - x

NOTICE OF DISMISSAL OF
DEFENDANTS MANOHAR MARIMUTHU
AND SHRIHARI SIVASUBRANIAM

        PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1) of

the Federal Rules of Civil Procedure, plaintiffs hereby dismiss

their claims against defendants Manohar Marimuthu and Shrihari

Sivasubraniam without prejudice and without costs.

Dated:  New York, New York
        January 10, 2008        DUNNEGAN LLC

                                By _____
                                   William Dunnegan (WD9316)
                                   Megan L. Martin (MM4396)
                                Attorneys for Plaintiffs
                                   Pearson Education, Inc.,
                                   John Wiley & Sons, Inc.,
                                   Cengage Learning Inc., and
                                   The McGraw-Hill Companies, Inc.
                                350 Fifth Avenue
                                New York, New York 10118
                                212-332-8300