Declaration of Service

GERVAISE MOURLET hereby declares pursuant to 28 U.S.C. § 1746 that the following is true and correct:

I am over the age of 18.

On January 10, 2008, I caused a true copy of the foregoing PLAINTIFFS' NOTICE OF DISMISSAL to be served by U.S. mail on Defendant:

Ramkumar Chandrasekaran
13705 NE 9th Place, Apt. C-204
Bellevue, Washington 98005

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of January 2008.

_____
Gervaise Mourlet