<u>Declaration of Service</u>

      GERVAISE MOURLET hereby declares pursuant to 28 U.S.C. § 1746 that the following is true and correct:

      I am over the age of 18.

      On January 10, 2008, I caused a true copy of the foregoing PLAINTIFFS' NOTICE OF DISMISSAL to be served by U.S. mail on Defendant:

Michael A. Corman, Esq.
Schweitzer Corman Gross & Bondell LLP
292 Madison Avenue, 19th Fl.
New York, NY 10017

      I declare under penalty of perjury that the foregoing is true and correct.

      Executed this 10th day of January 2008.

_____
Gervaise Mourlet