Declaration of Service

GERVAISE MOURLET hereby declares pursuant to 28 U.S.C. § 1746 that the following is true and correct:

I am over the age of 18.

On January 10, 2008, I caused a true copy of the foregoing PLAINTIFFS' NOTICE OF DISMISSAL to be served by U.S. mail on Defendant:

Kalpani Nagampalli, Esq.
Feldman Law Group
12 East 41st Street
New York, NY 10017

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of January 2008.

_____
Gervaise Mourlet