UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------- x

PEARSON EDUCATION, INC.,
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC., AND
THE MCGRAW-HILL COMPANIES, INC.,

               Plaintiffs,

    -against-                    07 Civ. 6914 (GEL)

MANOHAR MARIMUTHU, SHRIHARI
SIVASUBRAMANIAM AND RAMKUMAR
CHANDRASEKARAN D/B/A RK SELLERS
AND JOHN DOE NOS. 1-5,

               Defendants.

---------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/08

NOTICE OF DISMISSAL OF
DEFENDANTS MANOHAR MARIMUTHU
AND SHRIHARI SIVASUBRANIAM

    PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiffs hereby dismiss their claims against defendants Manohar Marimuthu and Shrihari Sivasubraniam without prejudice and without costs.

Dated: New York, New York
       January 10, 2008        DUNNEGAN LLC

                                    By /s/ William Dunnegan
                                      William Dunnegan (WD9316)
                                      Megan L. Martin (MM4396)
                                  Attorneys for Plaintiffs
                                    Pearson Education, Inc.,
                                    John Wiley & Sons, Inc.,
                                    Cengage Learning Inc., and
                                    The McGraw-Hill Companies, Inc.
                                  350 Fifth Avenue
                                  New York, New York 10118
                                  212-332-8300

SO ORDERED
/s/ Gerard E. Lynch
GERARD E. LYNCH, U.S.D.J.
1/17/08