DECLARATION OF
CUSTODIAN OF RECORDS
OF ABEBOOKS INC.

RE: Pearson Education, Inc., et al. v. RK Sellers, et al.,
07 Civ. 6914 (GEL)

COUNTRY OF CANADA        )
                         British        ss.:
Province   OF  Columbia  )

     I, John L. Chase, declare pursuant to 28 U.S.C. §
1746 that the following is true and correct.

     1.    I am over the age of 18 years and not a
party to this action. I am employed by Abebooks Inc. in the
position of Chief Financial Officer. My business address is
655 Tyee Road – Suite 500, Victoria, British Columbia V9A
6X5.

     2.    I am duly authorized as a custodian of the
enclosed business records, consisting of "Accounts on
Abebooks," "ARHistory-CID5286404," "ARHistory-CID51331916,"
"ARHistory-CID50248741," "CID 5286404 sales info," "CID
51331916 sales info," "RK Seller."

     3.    These documents were prepared by Abebooks
Inc. personnel (a) in the ordinary course of their duties;
(b) at or near the time of the events; and (c) from
information transmitted by a person with knowledge of those
matters.  These documents have been kept in the ordinary
course of Abebooks Inc.'s business.  It was the regular
practice of Abebooks Inc. to make the enclosed business
records.

     4.    A subpoena has been served upon Abebooks
Inc. for production of these business records.  I have

delivered the foregoing records to the attorney for
subpoenaing party.

      I declare under the penalty of perjury under the
laws of the United States and the nation of Canada that the
foregoing is true and correct.

_Jan 25, 2008_
Date

John L. Chase
Chief Financial Officer

Sworn to before me this
__25__ Day of January, 2008

Notary Public
(affix seal or stamp)

**Patrick C. Trelawny**
**Barrister & Solicitor**
#1212 - 1175 Douglas St.
Victoria, B.C., V8W 2E1
    250-382-7222