Declaration of Service
===

LAURA J. SCILEPPI hereby declares pursuant to 28 U.S.C. § 1746:

1. I am an associate at the firm of Dunnegan LLC.

2. On January 28, 2008, I caused to be served by U.S. Mail and e-mail a true copy of the Opposition to Defendant's Motion to Dismiss, Declaration of Laura Scileppi, Declaration of Kimberly Banks, and Declaration of John Chase on defendant Ramkumar Chandrasekaran at:

> Ramkumar Chandrasekaran
> 13705 NE 9th Place, Apartment C-204
> Bellevue, Washington 98005-2867
> Hey_ram80@hotmail.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of January 2008.

_____
Laura J. Scileppi