```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------- x

PEARSON EDUCATION, INC.,           :
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC., AND         :
THE MCGRAW-HILL COMPANIES, INC.,
                                   :
              Plaintiffs,
                                   :
         -against-                      07 Civ. 6914 (GEL)
                                   :
MANOHAR MARIMUTHU, SHRIHARI
SIVASUBRAMANIAM AND RAMKUMAR       :
CHANDRASEKARAN D/B/A RK SELLERS
AND JOHN DOE NOS. 1-5,             :

              Defendants.          :

----------------- x
```

DECLARATION OF KIMBERLY BANKS IN OPPOSITION
TO DEFENDANT'S MOTION TO DISMISS FOR
LACK OF PERSONAL JURISDICTION

KIMBERLY BANKS hereby declares pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I am over the age of 18.

2. In May and June of 2007, at the request of Laura Scileppi, I purchased the following books from RK Sellers through Abebooks.com:

Management of Organizational Behavior, 8th Ed., January 5, 2001, (TX-5-323-917)(Pearson).

Human Resource Management, 8th Ed., August 20, 2004, (TX-6-013-880)(Wiley).

Human Resources Management, November 3, 2006, (TX-6-455-951)(Cengage).

Organizational Behavior, 11th Ed., June 14, 2001, (TX-5-360-845)(McGraw-Hill).

3. After making payment to Abebooks using my credit card, RK Sellers sent a Foreign Edition of each of these books to my address at 353 West 56th Street, New York, New York. Each book was a paperback, with black and white pictures, and with a notice on the cover that provided, in substance, that the book was not for resale in the United States.

4. As of the time of my purchases, RK Sellers had over 360 titles for sale.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of January 2008 in New York, New York.

_____
Kimberly Banks