```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

PEARSON EDUCATION, INC.,            :
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC., AND          :
THE MCGRAW-HILL COMPANIES, INC.,
                                    :
              Plaintiffs,
                                    :
         -against-                       07 Civ. 6914 (GEL)
                                    :
MANOHAR MARIMUTHU, SHRIHARI
SIVASUBRAMANIAM AND RAMKUMAR        :
CHANDRASEKARAN D/B/A RK SELLERS
AND JOHN DOE NOS. 1-5,              :

              Defendants.           :

- - - - - - - - - - - - - - - - - - x
```

DECLARATION OF LAURA SCILEPPI IN OPPOSITION
TO DEFENDANT'S MOTION TO DISMISS FOR
LACK OF PERSONAL JURISDICTION

LAURA SCILEPPI hereby declares pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I am an associate at the firm of Dunnegan LLC, attorneys for plaintiffs Pearson Education, Inc., ("Pearson"), John Wiley & Sons, Inc., ("Wiley"), Cengage Learning Inc., ("Cengage"), and The McGraw-Hill Companies, Inc., ("McGraw-Hill") in this action.

2. I am making this declaration in opposition to defendant's motion to dismiss for lack of personal jurisdiction.

3. The complaint alleges that defendants have without permission purchased Foreign Editions of plaintiffs' books manufactured outside of the United States and resold them to purchasers in the United States through online sales at www.abebooks.com, using the username RK Sellers.

4. To attempt to determine the extent of defendant's sales of infringing books, plaintiffs served a subpoena on Abebooks, Inc. ("Abebooks") seeking records of sales accounts listing defendant's name or e-mail addresses.

5. In response to the subpoena, Abebooks produced digital documents and the affidavit of John Chase, employee of Abebooks, authenticating the records pursuant to Rule 902 of the Federal Rules of Evidence. A copy of his affidavit is attached as Exhibit A. I have served on defendant a copy of the documents that Abebooks has produced pursuant to the subpoena.

6. I reviewed these Abebooks records to identify defendant's sales to purchasers in New York State. Specifically, I reviewed Abebooks Log CID 51331961, ("CID 51331961"), which will be made available to the Court upon request, and noted the row number indicating a sale to a New York resident.

7. The Abebooks records show that the defendant made sales into New York of 7 books copyrighted by Pearson. A summary of these sales is set forth in Schedule A.

8. The Abebooks records show that the defendant made sales into New York of 6 books copyrighted by Wiley. A summary of these sales is set forth in Schedule B.

9. The Abebooks records show that the defendant made sales into New York of 9 books copyrighted by Cengage. A summary of this sale is set forth in Schedule C.

10. The Abebooks records show that the defendant made sales into New York of 8 books copyrighted by McGraw-Hill. A summary of these sales is set forth in Schedule D.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of January 2008 in New York, New York.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Laura Scileppi

Schedule A
Defendant's Sales of Pearson Books into New York

| Title<br>Date of Registration<br>Registration Number | Source<br>Date of Sale<br>Row Number |
|---|---|
| Consumer Behavior and Managerial Decision Making<br>November 13, 1998<br>TX0004889446 | CID 51331961<br>September 7, 2006<br>77 |
| The Z80 Microprocessor: Architecture, Interfacing, Programming, and Design<br>August 11, 2000<br>TX0005257129 | CID 51331961<br>September 10, 2006<br>83 |
| | CID 51331961<br>August 30, 2007<br>717 |
| Fundamentals of Management: Essential Concepts and Applications<br>September 6, 2002<br>TX0005608347 | CID 51331961<br>February 2, 2007<br>361 |
| Business Ethics: Concepts and Cases<br>October 31, 2005<br>TX0006239649 | CID 51331961<br>April 4, 2007<br>497 |
| Management of Organizational Behavior: Leading Human Resources<br>January 5, 2001<br>TX0005323917 | CID 51331961<br>May 30, 2007<br>653 |
| Essentials of Organizational Behavior<br>March 26, 2002<br>TX0005500538 | CID 51331961<br>June 1, 2007<br>685 |

Schedule B
Defendant's Sales of Wiley Books into New York

| Title<br>Date of Registration<br>Registration Number | Source<br>Date of Sale<br>Row Number |
|---|---|
| Medical Instrumentation: Application and Design<br>May 14, 1998<br>TX0004737716 | CID 51331961<br>December 11, 2006<br>227 |
| Chemical, Biochemical and Engineering Thermodynamics<br>April 25, 2006<br>TX0006328844 | CID 51331961<br>January 18, 2007<br>311 |
| Fields and Waves in Communication Electronics<br>July 22, 1994<br>TX0003857813 | CID 51331961<br>February 12, 2007<br>383 |
| | CID 51331961<br>February 21, 2007<br>428 |
| Human Resource Management<br>March 11, 1999<br>TX0004953831 | CID 51331961<br>May 13, 2007<br>639 |
| Fundamentals of Human Resource Management<br>August 20, 2004<br>TX0006013880 | CID 51331961<br>June 6, 2007<br>704 |

Schedule C
Defendant's Sales of Cengage Books into New York

| Title<br>Date of Registration<br>Registration Number | Source<br>Date of Sale<br>Row Number |
|---|---|
| Principles of Biostatistics<br>May 8, 2000<br>TX0005206416 | CID 51331961<br>August 26, 2006<br>33 |
| | CID 51331961<br>August 31, 2006<br>49 |
| | CID 51331961<br>September 5, 2006<br>57 |
| | CID 51331961<br>October 16, 2006<br>194 |
| | CID 51331961<br>January 4, 2007<br>247 |
| | CID 51331961<br>January 26, 2007<br>343 |
| | CID 51331961<br>February 4, 2007<br>367 |
| | CID 51331961<br>February 6, 2007<br>372 |
| Human Resource Management<br>April 24, 2003<br>TX0005880745 | CID 51331961<br>June 3, 2007<br>686 |

6

Schedule D
Defendant's Sales of McGraw-Hill Books into New York

| Title<br>Date of Registration<br>Registration Number | Source<br>Date of Sale<br>Row Number |
|---|---|
| Essentials of Economics<br>March 17, 2006<br>TX0006323752 | CID 51331961<br>August 21, 2006<br>14 |
| Adolescence<br>November 21, 1997<br>TX0004654048 | CID 51331961<br>September 11, 2006<br>100 |
| Fluid Mechanics: Fundamentals and Applications<br>February 8, 2005<br>TX0006164685 | CID 51331961<br>January 18, 2007<br>312 |
| | CID 51331961<br>January 27, 2007<br>348 |
| | CID 51331961<br>January 31, 2007<br>356 |
| A Topical Approach to Life-Span Development<br>March 17, 2006<br>TX0006312113 | CID 51331961<br>January 22, 2007<br>325 |
| Essentials of Investments<br>February 10, 1998<br>TX0004715420 | CID 51331961<br>March 28, 2007<br>488 |
| Organizational Behavior: Human Behavior at Work<br>January 11, 1993<br>TX0003470225 | CID 51331961<br>May 30, 2007<br>654 |