07Civ6914 (GEL)

From,
Ramkumar Chandrasekaran,
13705 NE 9th PL #C0-204,
Bellevue,
WA 98005.

To,
Honorable Judge **Gerard E Lynch**,
United States District Judge,
Daniel Patrick Moynihan United
States Courthouse,
500 Pearl St., Room 910,
New York, NY 10007

MEMO ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/08
```

Honorable Judge,

<u>**Sub**</u>: Requesting extension of time for submitting a reply to the Plaintiffs opposition to "Motion to dismiss" the civil lawsuit 07Civ6914 (GEL) – Reg.

I am Ramkumar Chandrasekaran, the defendant of the above lawsuit who was served the summons during December 2007. I was not in the USA from 11 Jan 2008 to 29 Jan 2008, as I had traveled abroad. Hence, there could be a possibility of missing a pretrial conference and other deadlines in this lawsuit. Being new to the Washington state as well as the legal system of the United States, I have been in mental pressure with trying to identify what needs to be done, which I have also communicated to the Plaintiffs. It has been extremely difficult for me to find an attorney with my limited resources. I am in the midst of trying to engage an attorney, so that I could submit my case in a better manner.

My request for an extension of time has been approved by the Plaintiffs via email. Hence, I kindly request the Honorable Judge to grant me at least 2 weeks time for engaging an attorney in order to submit a reply to the Plaintiffs opposition to "Motion to dismiss" the civil lawsuit 07Civ6914.   ] *

↳ Reply due 2/22/08.

Dated this 6th day of February 2008

Respectfully submitted,

02/06/2008

(Ramkumar Chandrasekaran)

Copy To: William Dunnegan ESQ.,
(By email) Attorney for the Plaintiffs,
NY 10118
wd@dunnegan.com

SO ORDERED

GERARD E. LYNCH, U.S.D.J.
2/7/08

# TRAVELNET INT'L INC.

14625 NE 24th Street, Suite 4A
Bellevue, Washington 98007
Ph: (425) 614-2520 / (206) 652-2500  Fax: (425) 614-2519

\#
07 Civ 6914

```
SALES PERSON: SH          ITINERARY/INVOICE NO.                              DATE: 27 NOV 07
                                          EYHGFX                             PAGE: 01

    TO: RAMKUMAR CHANRASEKARAN
        480-467-8720 C
        425-705-1763


FOR: CHANDRASEKARAN/RAMKUMAR MR



11 JAN 08  -  FRIDAY
    OTHER SEATTLE TACOMA
        TRIP TO INDIA-1535.00USD
        FULL PAYMENT                                                           1,535.00
    AIR    AIR FRANCE           FLT:45      ECONOMY         MULTI MEALS
           LV SEATTLE TACOMA                205P            EQP: AIRBUS A330-200
                                                           09HR 45MIN

12 JAN 08  -  SATURDAY
           AR PARIS   DE GAULLE             850A            NON-STOP
           ARRIVE: AEROGARE 2 TERMINAL E
    AIR    AIR FRANCE           FLT:204     ECONOMY         MULTI MEALS
           LV PARIS   DE GAULLE             1025A           EQP: AIRBUS A340-300
           DEPART: AEROGARE 2 TERMINAL F                    09HR 35MIN

13 JAN 08  -  SUNDAY
           AR CHENNAI                       1230A           NON-STOP
           ARRIVE: INTERNATIONAL TERMINAL

29 JAN 08  -  TUESDAY
    AIR    AIR FRANCE           FLT:201     ECONOMY         MULTI MEALS
           LV CHENNAI                       235A            EQP: AIRBUS A340-300
           DEPART: INTERNATIONAL TERMINAL                   10HR 55MIN
           AR PARIS   DE GAULLE             900A            NON-STOP
           ARRIVE: AEROGARE 2 TERMINAL F
    AIR    AIR FRANCE           FLT:40      ECONOMY         MULTI MEALS
           LV PARIS   DE GAULLE             1040A           EQP: AIRBUS A330-200
           DEPART: AEROGARE 2 TERMINAL E                    10HR 25MIN
           AR SEATTLE TACOMA                1205P           NON-STOP
                                                           ----------------
                            SUB TOTAL                               1,535.00
                                                           ----------------
                            TOTAL AMOUNT DUE                        1,535.00

THANK YOU FOR CHOOSING TRAVELNET . . . . FOUZIA
```

Please read reverse side for important information