```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
PEARSON EDUCATION, INC. et al.,                              :
                                                             :
                              Plaintiffs,                    :
                                                             :
              v.                                             :
                                                             :
RAMKUMAR CHANDRASEKARAN et al.,                              :
                                                             :
                              Defendants.                    :
                                                             :
-------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 6914 (GEL) (DCF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_X_  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___  Specific Non-Dispositive Motion/Dispute:*

_____
_____

   If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___  Settlement*

___  Inquest After Default/Damages Hearing

___  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___  Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

   Purpose:_____

___  Habeas Corpus

___  Social Security

___  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

   Particular Motion:_____
   _____

   All such motions: ____

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         March 14, 2008

                              _____
                              GERARD E. LYNCH
                              United States District Judge