```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

PEARSON EDUCATION, INC.,             :
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC., AND           :
THE MCGRAW-HILL COMPANIES, INC.,
                                     :
            Plaintiffs,
                                     :
    -against-                              07 Civ. 6914 (GEL)
                                     :     ECF CASE
RAMKUMAR CHANDRASEKARAN D/B/A
RK SELLERS D/B/A SILVERPLUS          :
AND JOHN DOE NOS. 1-5,
                                     :
            Defendants.
                                     :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08

STIPULATION AND ORDER

IT IS HEREBY STIPULATED and agreed by and between the undersigned attorney for the plaintiffs and the *pro se* defendant that plaintiffs may file the annexed second amended complaint in this action.

Dated:  New York, New York
        April 9, 2008

DUNNEGAN LLC

By _William Dunnegan_                By _____
William Dunnegan (WD9316)            Ramkumar Chandrasekaran
Attorneys for Plaintiffs             Pro Se Defendant
350 Fifth Avenue                     13705 NE 9th Pl., Apt C-204
New York, New York 10118             Bellevue, Washington 98005
(212) 332-8300                       (480) 467-8720

SO ORDERED:

_____
U.S.D.J.
4/22/08