UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

PEARSON EDUCATION, INC.,                :
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC., AND              :
THE MCGRAW-HILL COMPANIES, INC.,
                                        :
                    Plaintiffs,
                                        :

        -against-                       :        07 Civ. 6914 (GEL)
                                                 ECF CASE
RAMKUMAR CHANDRASEKARAN AND             :
SOUNDAR RAJAN BOTH D/B/A
RK SELLERS D/B/A SILVERPLUS             :
AND JOHN DOE NOS. 1-5,                  :

                    Defendants.    :

- - - - - - - - - - - - - - - - - x



### SECOND AMENDED COMPLAINT

Plaintiffs Pearson Education, Inc. ("Pearson"), John Wiley & Sons, Inc. ("Wiley"), Cengage Learning Inc. and The McGraw-Hill Companies, Inc. ("McGraw-Hill"), by their undersigned attorneys, for their second amended complaint against defendants Ramkumar Chandrasekaran and Soundar Rajan both d/b/a RK Sellers d/b/a Silverplus ("RK Sellers") and John Doe Nos. 1 through 5, aver:

### Nature of the Action

1.    Plaintiffs are bringing this action to enforce their copyrights and trademarks against defendants' unlawful sale in the United States of non-United States versions of plaintiffs' educational books.

## Jurisdiction and Venue

2.     This Court has subject matter jurisdiction over the first two claims in this action pursuant to 28 U.S.C. §§ 1331 and 1338 because they arise under the Copyright Act, 17 U.S.C. § 101 et seq., or the Lanham Act, 15 U.S.C. § 1051 et seq. This Court has subject matter jurisdiction over the third claim in this action pursuant to 28 U.S.C. § 1367 because it is so related to the claims within the original jurisdiction of this Court that they form part of the same case or controversy within the meaning of Article III of the United States Constitution.

3.     Upon information and belief, venue is proper in this District pursuant to 28 U.S.C. § 1391.

## Parties

4.     Pearson is a corporation organized and existing under the laws of the State of Delaware with its principal place of business at One Lake Street, Upper Saddle River, New Jersey 07458.

5.     Wiley is a corporation organized and existing under the laws of the State of New York with its principal place of business at 111 River Street, Hoboken, New Jersey 07030.

6.     Cengage is a corporation organized and existing under the laws of the State of Delaware with its principal place

of business at 200 First Stamford Place, Stamford, Connecticut 06902.

7.    McGraw-Hill is a corporation organized and existing under the laws of the State of New York with its principal place of business at 1221 Avenue of the Americas, New York, New York 10020.

8.    Upon information and belief, defendant Ramkumar Chandrasekaran is a natural person residing at 13705 NE 9th Place Apartment C-204, Bellevue, Washington 98005-2867.

9.    Upon information and belief, defendant Soundar Rajan is a natural person residing at 706, Ram Residency, S Gunta Palya, CV Raman Nagar, Bangalore 560093, India.

10.    Upon information and belief, defendants John Doe Nos. 1-5 are associates of RK Sellers whose identities are presently unknown to plaintiffs.

<u>The Businesses of Plaintiffs</u>

11.    Each plaintiff publishes a variety of works, including educational books.

12.    As a standard practice, each plaintiff requires its authors to assign the copyright to them or grant them the exclusive rights of reproduction and distribution in the United States.  This practice enables each plaintiff to maximize dissemination of each work.

13.    Plaintiffs invest significant monies to publish their copyrighted works.  Plaintiffs, for example, make substantial investments in royalties, content creation, licensing, copyediting, proofreading, typesetting, layout, printing, binding, distribution, and promotion.

14.    Plaintiffs earn a substantial portion of their revenue from the publication of their copyrighted works and would suffer serious financial injury if their copyrights were not enforced.  A substantial decline in their income could cause plaintiffs to cease publishing one or more deserving books or journals.  This would adversely impact the creation of new works, scholarly endeavor, and scientific progress.

15.    Plaintiffs' educational books authorized for sale in the United States are of the highest quality (the "United States Editions").  These books are generally printed on strong, hard-cover bindings with glossy protective coatings and, in some cases, contain extra features such as sewn ribbon bookmarks. Plaintiffs frequently offer academic supplements, such as CD-ROMs, computer passwords that provide purchasers with access to academic websites corresponding to the textbooks, and study guides with the United States Editions.

16.    Plaintiffs generally create different versions of their educational books that are intended for sale in specific geographic markets outside of the United States (the "Foreign

4

Editions"). The Foreign Editions materially differ from the United States Editions. The Foreign Editions have thinner paper and different bindings, different cover and jacket designs, fewer internal ink colors, if any, lower quality photographs and graphics, and generally lower prices than the United States Editions. Also, the Foreign Editions often lack academic supplements, such as CD-ROMs, website passwords, or study guides. The Foreign Editions are generally marked to indicate their lower cost by a legend indicating, in substance, that the title is a "Low Price Edition" and/or authorized for sale only in a particular country or geographic region. The Foreign Editions are uniformly manufactured outside of the United States.

<u>Plaintiffs' Copyrights and Trademarks</u>

17. Plaintiffs routinely register their copyrights. Pearson has generally registered its copyrights in its works (the "Pearson Copyrights"), including those identified on Schedule A. Wiley has generally registered its copyrights in its works (the "Wiley Copyrights"), including those identified on Schedule B. Cengage has generally registered its copyrights in its works (the "Cengage Copyrights"), including those identified on Schedule C. McGraw-Hill has generally registered its copyrights in its works (the "McGraw-Hill Copyrights"), including those identified on Schedule D.

18.   Plaintiffs also own, themselves or through their parent or affiliate companies, trademarks that they use to differentiate their products from those of their competitors.

19.   Pearson PLC, Pearson's ultimate parent company, is the owner of and Pearson is an exclusive licensee of, with the accompanying right and duty to protect and enforce Pearson's rights therein, the well-known trademarks "Pearson," "Pearson Education" and "Prentice Hall."  Pearson is the direct holder of the well-known trademark "Benjamin Cummings."  Pearson's affiliate corporation Addison Wesley Longman, Inc., is the owner of, and Pearson is the exclusive licensee of, with the accompanying right and duty to protect and enforce its and its affiliate company's rights therein, the well-known trademarks "Addison Wesley" or "Addison-Wesley" (the "Pearson Trademarks"). The United States Registrations for the Pearson Trademarks are identified on Schedule E.

20.   Among Wiley's well-known trademarks are "John Wiley & Sons," "Wiley," and the "John Wiley Colophon" (the "Wiley Trademarks").  The United States Registrations for the Wiley Trademarks are identified on Schedule F.

21.   Among McGraw-Hill's well-known trademarks are "McGraw Hill," "The McGraw-Hill Companies" and "Irwin" (the "McGraw-Hill Trademarks").  The United States Registrations for the McGraw-Hill Trademarks are identified on Schedule G.

## The Infringing Acts of Defendants

22.    Defendants have without permission purchased Foreign Editions of plaintiffs' books manufactured outside of the United States and resold them to purchasers in the United States through, among other ways, www.abebooks.com using the usernames RK Sellers and Silverplus and the e-mail addresses seller.rk@gmail.com, silverplus@gawab.com, and skr_silver@yahoo.com.

## FIRST CLAIM FOR RELIEF
### (Copyright Infringement – 17 U.S.C. § 501)

23.    Plaintiffs repeat the averments contained in paragraphs 1 through 22 as if set forth in full.

24.    Pearson has received United States Certificates of Copyright Registration for the Pearson Copyrights.

25.    Wiley has received United States Certificates of Copyright Registration for the Wiley Copyrights.

26.    Cengage has received United States Certificates of Copyright Registration for the Cengage Copyrights.

27.    McGraw-Hill has received United States Certificates of Copyright Registration for the McGraw-Hill Copyrights.

28.    The Pearson, Wiley, Cengage and McGraw-Hill Copyrights are valid and enforceable.

29.   Defendants have infringed the Pearson, Wiley, Cengage and McGraw-Hill Copyrights in violation of 17 U.S.C. § 501.

30.   Defendants' acts have irreparably damaged and, unless enjoined, will continue to irreparably damage plaintiffs. Plaintiffs have no adequate remedy at law for these wrongs and injuries.  Plaintiffs are, therefore, entitled to a preliminary and permanent injunction restraining and enjoining defendants and their agents, servants, employees, and attorneys and all persons acting in concert with them, from infringing the Pearson, Wiley, Cengage and McGraw-Hill Copyrights.

31.   Defendants have willfully infringed the Pearson, Wiley, Cengage and McGraw-Hill Copyrights.

32.   Plaintiffs are entitled to recover all damages sustained as a result of defendants' unlawful conduct including (1) defendants' profits, or (2) plaintiffs' damages, or alternatively (3) statutory damages.

<u>SECOND CLAIM FOR RELIEF</u>
(Trademark Infringement - 15 U.S.C. § 1114(a))

33.   Plaintiffs repeat the averments contained in paragraphs 1 through 32 above as if set forth in full.

34.   Pearson is the exclusive licensee of the Pearson Trademarks, with the accompanying right and duty to protect and enforce Pearson's rights therein.  Pearson's licensor parent and

affiliate companies have obtained United States Trademark Registrations for the Pearson Trademarks.

35. Wiley owns the Wiley Trademarks, for which it has obtained United States Trademark Registrations.

36. McGraw-Hill owns the McGraw-Hill Trademarks, for which it has obtained United States Trademark Registrations.

37. The Pearson, Wiley and McGraw-Hill Trademarks are valid and enforceable.

38. Defendants have infringed the Pearson, Wiley and McGraw-Hill Trademarks in violation of 15 U.S.C. § 1114(a) by using them on and/or in connection with the works that they have sold.

39. Defendants' acts complained of herein have irreparably damaged plaintiffs and may continue to do so. The damage to plaintiffs includes harm to their good will and reputation in the marketplace for which money cannot compensate. Plaintiffs have no adequate remedy at law for these wrongs. Plaintiffs are, therefore, entitled to a preliminary and permanent injunction restraining and enjoining defendants, their agents, servants, employees, and attorneys and all persons acting in concert with them from using the Pearson, Wiley and McGraw-Hill Trademarks or any colorable imitation of them.

40. Defendants have willfully infringed the Pearson, Wiley and McGraw-Hill Trademarks.

41.  Plaintiffs are entitled to recover (1) defendants' profits from the infringing books, (2) plaintiffs' damages, (3) the costs of the suit, and (4) reasonable attorneys' fees.

THIRD CLAIM FOR RELIEF
(Common Law Unfair Competition Under State Law)

42.  Plaintiffs repeat the averments contained in paragraphs 1 through 41 above as if set forth in full.

43.  Defendants' acts complained of herein have damaged and may continue to damage plaintiffs irreparably.  The damage to plaintiffs includes harm to their goodwill and reputation in the marketplace for which money cannot compensate. Plaintiffs have no adequate remedy at law for these wrongs and injuries.  Plaintiffs are, therefore, entitled to a preliminary and permanent injunction restraining and enjoining defendants, their agents, servants, employees, and attorneys and all persons acting in concert with them from using the Pearson, Wiley and McGraw-Hill Trademarks or any colorable imitation of them, to restitution of defendants' ill-gotten gains, and to punitive damages in an amount to be determined by the trier of fact in this action.

WHEREFORE, plaintiffs demand judgment:

A.  Preliminarily and permanently enjoining defendants, their agents, servants, employees, and attorneys and

all those acting in concert with them from infringing the Pearson, Wiley, Cengage and McGraw-Hill Copyrights in violation of 17 U.S.C. § 501;

B.    Awarding plaintiffs their damages or defendants' profits, or alternatively, at plaintiffs' election, statutory damages, as a result of defendants' willful infringement of the Pearson, Wiley, Cengage and McGraw-Hill Copyrights;

C.    Preliminarily and permanently enjoining defendants, their agents, servants, employees, and attorneys and all those acting in concert with them from infringing the Pearson, Wiley and McGraw-Hill Trademarks in violation of 15 U.S.C. § 1114(a);

D.    Awarding plaintiffs their damages and/or defendants' profits from their willful infringement of the Pearson, Wiley and McGraw-Hill Trademarks pursuant to 15 U.S.C. § 1117(a);

E.    Directing that defendants engage in such additional activities, including, but not limited to, recalls of products and corrective advertising, as may be necessary and appropriate to mitigate the damage defendants have caused;

F.    Awarding plaintiffs their costs in this action, including their reasonable attorneys' fees pursuant 17 U.S.C. § 505 and 15 U.S.C. § 1117;

G.   Awarding plaintiffs punitive damages in an amount to be determined by the trier of fact in this action; and

H.   Granting such other and further relief as to this Court seems just and proper.

Dated:  New York, New York
        April 9, 2008

                         DUNNEGAN LLC


                    By _William Dunnegan_____
                         William Dunnegan (WD9316)
                         Megan L. Martin (MM4396)
                       Attorneys for Plaintiffs
                         Pearson Education, Inc.,
                         John Wiley & Sons, Inc.,
                         Cengage Learning Inc., and
                         The McGraw Hill Companies, Inc.
                       350 Fifth Avenue
                       New York, New York 10118
                       (212) 332-8300

Schedule A
"Pearson Copyrights"

Title
Date of Registration
Registration Number

1.  Consumer Behavior and
    Managerial Decision Making
    August 29, 2001
    TX0005423447

2.  The Z80 Microprocessor:
    Architecture, Interfacing,
    Programming, and Design
    August 11, 2000
    TX0005257129

3.  Probability and Random
    Processes for Electrical
    Engineering
    August 3, 1993
    TX0003590606

4.  Mechanics and Thermodynamics
    of Propulsion
    December 19, 1991
    TX0003220282

5.  Organizational Behavior
    February 1, 2005
    TX0006103180

6.  Miller & Freund's Probability
    and Statistics for Engineers
    April 7, 2005
    TX0006140441

7.  Mineralogy
    January 28, 2002
    TX0005466885

8.  Introduction to Environmental
    Engineering and Science
    September 4, 1997
    TX0004621716

9.   An Experiential Approach To
     Organization Development
     February 16, 2001
     TX0005347679

10.  Introduction to Chemical
     Principles
     May 12, 2004
     TX0005963688; TX0005963688

11.  Fundamentals of Management:
     Essential Concepts and
     Applications
     February 1, 2005
     TX0006126727

12.  Antenna Theory & Design
     May 7, 1981
     TX0000685168

13.  Microprocessor Architecture,
     Programming, and Applications
     April 22, 2002
     TX0005541636

14.  Essentials Of Entrepreneurship
     And Small Business Management
     April 16, 2004
     TX0005961571

15.  Introduction to Quantum
     Mechanics
     May 4, 2004
     TX0005959250

16.  Business Ethics: Concepts & Cases
     October 31, 2005
     TX0006239649

17.  Knowledge Management
     March 24, 2003
     TX0005720736

18.  Introduction to Materials
     Management
     July 20, 2000
     TX0005138465

19.  Management of Organizational
     Behavior: Leading Human
     Resources
     January 5, 2001
     TX0005323917

Schedule B
"Wiley Copyrights"

Title
Date of Registration
Registration Number

1.  Medical Instrumentation:
    Application and Design
    May 14, 1998
    TX0004737716

2.  Combinatorics
    October 10, 2003
    TX0005823888

3.  Fundamentals of Fluid
    Mechanics
    October 14, 2003
    TX0005811029

4.  Advanced Engineering
    Mathematics
    December 19, 2005
    TX0006287796

5.  Advanced Mechanics of
    Materials
    January 21, 2003
    TX0005706066

6.  Fundamentals of Heat and
    Mass Transfer
    October 25, 2001
    TX0005457784

7.  Microwave Engineering
    March 12, 2004
    TX0005939958

8.  Interaction Design: Beyond
    Human-Computer Interaction
    April 7, 2004
    TX0005954665

9.   Chemical, Biochemical And
     Engineering Thermodynamics
     April 25, 2006
     TX0006328844

10.  Thermodynamics and an Introduction
     to Thermostatistics
     October 28, 1985
     TX0001684782

11.  Systems Engineering Principles
     and Practice
     February 7, 2003
     TX0005671870

12.  Elementary Numerical Analysis
     December 05, 2003
     TX0005839199

13.  Global Operations and Logistics:
     Text and Cases
     August 13, 1998
     TX0004835959

14.  Systems Analysis and Design
     March 7, 2000
     TX0005152449

15.  Fields and Waves in
     Communication Electronics
     July 22, 1994
     TX0003857813

16.  Global Strategy and
     Organization
     July 1, 2003
     TX0005755018

17.  Stochastic Processes
     March 28, 1996
     TX0004217487

18.  Device Electronics for
     Integrated Circuits
     January 16, 2003
     TX0005654600

19. Transport Phenomena
    October 11, 2001
    TX0005459935

20. Semiconductor Devices:
    Physics and Technology
    November 23, 2001
    TX0005461970

21. Strategic Management
    January 2, 2001
    TX0005304984

22. Applied Regression Analysis
    July 17, 1998
    TX0004800470

23. Introductory Mycology
    March 28, 1996
    TX0004217474

24. Materials and Processes
    in Manufacturing
    February 20, 2004
    TX0005875263

25. Linear Algebra
    February 24, 1997
    TX0004486872

26. International Business
    January 19, 2006
    TX0006274479

27. Operating System Concepts
    June 25, 2003
    TX0005739634

28. The Systematic Identification
    of Organic Compounds
    October 14, 2003
    TX0005811922

29. Digital Communications
    July 22, 1988
    TX0002365224

30. Principles of Unit Operations
    September 22, 1980
    TX0000554371

31. Product and Process Design
    Principles: Synthesis, Analysis,
    and Evaluation
    September 4, 2003
    TX0005786409

32. Design and Analysis of Lean
    Production System
    January 10, 2002
    TX0005475899

33. Continuous Univariate
    Distributions - Vol. 1
    December 22, 1994
    TX0003953793

34. Continuous Univariate
    Distributions - Vol. 2
    July 14, 1995
    TX0004097696

35. Human Resource Management
    December 17, 2001
    TX0005469916

36. Analog Signal Processing
    April 21, 1999
    TX0004971708

37. Process Dynamics and Control
    December 12, 2003
    TX0005834334

Schedule C
"Cengage Copyrights"

Title
Date of Registration
Registration Number

1.   Principles of Biostatistics
     May 8, 2000
     TX0005206416

2.   An Introduction to Derivatives
     & Risk Management
     January 3, 2006
     TX0006305776

3.   Selling Destinations: Geography
     for the Travel Professional
     April 15, 1999
     TX0004967688

4.   Power System Analysis and Design
     with Personal Computer Applications
     February 9, 1987
     TX0002027195

5.   Fundamentals of Financial
     Management
     March 15, 2006
     TX0006328846

6.   A First Course in Mathematical
     Modeling
     October 3, 2002
     TX0005603426

7.   Operations Management
     August 3, 2001
     TX0005367660

Schedule D
"McGraw-Hill Copyrights"

Title
Date of Registration
Registration Number

1.  Human Resource Strategy: A
    Behavioral Perspective for the
    General Manager
    March 15, 2001
    TX0005359597

2.  Psychology: The Science of
    Mind and Behavior
    June 22, 2006
    TX0006402511

3.  Essentials of Economics
    March 17, 2006
    TX0006323752

4.  Risk Management and Insurance
    August 1, 2003
    TX0005756928

5.  Adolescence
    March 17, 2006
    TX0006312437

6.  Design of Machinery: An
    Introduction to the Synthesis
    of Mechanisms and Machines
    December 15, 2004
    TX0006079800

7.  Thermodynamics: An Engineering
    Approach
    July 6, 2001
    TX0005344497

8.  Digital Signal Processing:
    A Computer-Based Approach
    September 5, 2000
    TX0005266507

9.  Biology
    April 26, 2004
    TX0005953607

10. Introduction to Radar Systems
    September 5, 2000
    TX0005266505

11. Consumer Behavior and Marketing
    Strategy
    August 24, 2004
    TX0006017699

12. Concrete Microstructure,
    Properties and Materials
    January 3, 2006; TX0006272323

13. Fluid Mechanics: Fundamentals
    And Applications
    February 8, 2005
    TX0006164685

14. Managerial Accounting
    January 14, 2003
    TX0005671624

15. A Topical Approach to Life-Span
    Development
    March 17, 2006
    TX0006312113

16. Corrosion Engineering
    December 16, 1985
    TX0001713877

17. Essentials of Investments
    February 10, 1998
    TX0004715420

18. Organizational Behavior:
    Human Behavior at Work
    June 14, 2001
    TX0005360845

19.  Accounting: Text and Cases
     June 22, 2006
     TX0006405528

20.  Basic Marketing: A
     Global-Managerial Approach
     November 13, 2002
     TX0005635533

21.  Probability, Random Variables
     and Stochastic Processes
     February 14, 1991
     TX0003010182

Schedule E
"Pearson Trademarks"

| U.S. Trademark | Registration Number | Class |
|---|---|---|
| 1. "Pearson" | 2,599,724 | 009, 016, 035, 042 |
| 2. "Pearson" | 2,600,081 | 041 |
| 3. "Pearson" | 2,652,792 | 009, 016 |
| 4. "Pearson" | 2,679,355 | 016 |
| 5. "Pearson" | 2,691,830 | 041 |
| 6. "Pearson" | 2,694,359 | 009 |
| 7. "Prentice-Hall" | 1,332,044 | 016 |
| 8. "Prentice-Hall" | 1,332,639 | 042 |
| 9. "Prentice-Hall" | 1,375,654 | 009 |
| 10. "Addison Wesley" | 2,188,798 | 016 |
| 11. "Addison-Wesley" | 2,400,130 | 016 |
| 12. "Benjamin Cummings" | 2,674,589 | 016 |
| 13. "Benjamin Cummings" | 2,671,773 | 041 |
| 14. "Benjamin Cummings" | 2,671,772 | 041 |
| 15. "Benjamin Cummings" | 2,621,299 | 016 |
| 16. "Benjamin Cummings" | 1,189,279 | 016 |

Schedule F
"Wiley Trademarks"

| | U.S. Trademark | Registration Number | Class |
|---|---|---|---|
| 1. | "JW" Colophon | 2,168,941 | 009, 042 |
| 2. | "Wiley" | 1,003,988 | 009, 016, 036, 038 |
| 3. | "Wiley" | 2,159,987 | 009, 042 |

Schedule G
"McGraw-Hill Trademarks"

| U.S. Trademark | Registration Number | Class |
|---|---|---|
| 1. "McGraw-Hill" | 1,350,345 | 16 |
| 2. "McGraw-Hill" | 2,899,528 | 16, 41 |
| 3. "The McGraw-Hill Companies" | 3,103,212 | 9,16,35,36,37, 38,39,40,41,42 |
| 4. "Irwin" | 1,718,118 | 16 |

## Declaration of Service

LAURA J. SCILEPPI hereby declares pursuant to 28 U.S.C. § 1746:

1.    I am an associate at the firm of Dunnegan LLC.

2.    On April 23, 2008, I caused to be served by U.S. Mail a true copy of the SECOND AMENDED COMPLAINT and JUDGE ORDER ALLOWING PLAINTIFFS TO FILE THE SECOND AMENDED COMPLAINT on defendant Ramkumar Chandrasekaran at:

> Ramkumar Chandrasekaran
> 13705 NE 9th Place, Apartment C-204
> Bellevue, Washington 98005-2867

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of April 2008.

_____
Laura J. Scileppi